UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. KENNEDY, et al.,<br><br>　　　　　Defendant. | No.  2:16-cv-0588 DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff appears to be a mentally ill inmate with a history of attempted suicide.  Plaintiff's complaint alleges that two officers failed to take appropriate action when plaintiff attempted suicide in August 2015.  On June 27, 2016, the court ordered service of the complaint on those officers.

　　　　On September 7, 2016, plaintiff filed a motion for a temporary restraining order asking that he be taken off the "custody watch only list."  Plaintiff states that he is currently in the C.T.C. #1 unit for suicidal inmates at CSP-Sacramento.  He alleges that he is in danger because he has not been fed, has been forced to stand up all night, and has been pepper sprayed.

　　　　In light of plaintiff's allegations of a threat of imminent harm, the court directs Supervising Deputy Attorney General Monica Anderson to address plaintiff's allegations concerning his mental health care.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, Supervising Deputy Attorney General Monica Anderson shall address plaintiff's motion for injunctive relief; and

2. The Clerk of the Court is directed to serve this order and a copy of plaintiff's September 7, 2016 Motion for a Temporary Restraining Order (ECF No. 14) on Supervising Deputy Attorney General Monica Anderson.

Dated:  September 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Harr0588.tro resp from anderson