UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS,<br><br>            Plaintiff,<br><br>      v.<br><br>N. KENNEDY, et al.,<br><br>            Defendants. | No.  2:16-cv-0588 DB P<br><br><br>ORDER |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On June 27, 2016, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Carisle was returned unserved because the CDCR does not have any record of defendant Carisle. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed March 21, 2016;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a.  One completed USM-285 form for each defendant;

    b.  Two copies of the endorsed complaint filed March 21, 2016; and

    c.  One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated:  September 22, 2016

DEBORAH BARNES  
UNITED STATES MAGISTRATE JUDGE

DLB:9  
DLB1/prisoner-civil rights/harr0588.8e

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   DAVID D. HARRIS,                        No. 2:16-cv-0588 DB P

11            Plaintiff,

12      v.                                   NOTICE OF SUBMISSION OF
                                             DOCUMENTS
13   N. KENNEDY, et al.,

14            Defendants.

15

16      Plaintiff hereby submits the following documents in compliance with the court's order

17   filed _____ :

18

19      ____      completed USM-285 forms

20      ____      copies of the _____

21                              Complaint

22   DATED:

23
24
25
26                                               _____
27                                               Plaintiff
28

3