UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>N. KENNEDY,<br><br>  Defendant. | No. 2:16-cv-0588 MCE DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. On February 27, 2018, the court issued a Further Scheduling Order requiring the parties to submit pretrial statements. (ECF No. 67.) The order specified that the parties should inform the court whether they feel a settlement conference would be beneficial and, if so, whether the undersigned magistrate judge may preside over the settlement conference or whether another magistrate judge should do so. (See id. at 1.) Both parties have indicated that a settlement conference would be beneficial. (See Plt.'s Requests for Sett. Conf. (ECF Nos. 68, 70); Def.'s Pretrial Stmt. (ECF No. 75) at 18.) However, neither party has informed the court whether he is willing to permit the undersigned magistrate judge to preside over the settlement conference or whether he wishes another magistrate judge to preside.

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fifteen days of the filed date of this order, each party shall file a statement informing the court whether the undersigned magistrate judge or a different magistrate judge should preside over the settlement conference.

Dated: May 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/harr0588.sett conf pref