Xavier Becerra, State Bar No. 118517
Attorney General of California
Christopher J. Becker, State Bar No. 230529
Supervising Deputy Attorney General
R. Lawrence Bragg, State Bar No. 119194
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7334
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants Kennedy and Carlisle*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID D. HARRIS,**<br><br>Plaintiff,<br><br>v.<br><br>**N. KENNEDY, et al.,**<br><br>Defendants. | 2:16-cv-00588-MCE-DB (PC)<br><br>**ORDER DISMISSING ACTION** |

In light of the stipulation of the parties to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(iii) (ECF No. 78), and good cause appearing, it is hereby ordered that the above matter is dismissed, with prejudice, and the clerk of this Court is directed to close this matter.

IT IS SO ORDERED.

Dated: July 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE